## MILLER vs. RUSSELL.

APPEAL from the court of the 6th district—the judge of said court presiding.

Where a witness is sick, and cannot be brought into court, his evidence taken down on a former trial in the cause, may be read in evidence.

MATHEWS, J. delivered the opinion of the court. This suit is brought on an obligation contracted in the state of Alabama, by the defendant, Russel, and one Griswold, whereby they acknowledge to have received from the plaintiff thirteen hundred dollars, in consideration of a suretyship, into which they had entered on two bonds, in the state aforesaid, executed in order to carry up certain causes, by writs of error, from an inferior to a superior tribunal, in which judgments had been rendered against Miller, the present plaintiff, for

1090 dollars principal, besides the costs in fa-
vor of Sneeds. The sum thus received by the
obligors, they bound themselves to pay in dis-
charge of any judgments which might be
rendered on the appeals against the obligee.
Judgment in this case was rendered against
the defendant in the court below, from which
he appealed.

The evidence of the case shews, that the
appellee in the present suit failed on his ap-
peal taken from the judgment which Sneed
had obtained against him in Alabama; and
that neither the present defendant, or his co-
obligor, has paid, or in any manner satisfied
the amount thereof. There was evidence of-
fered on the trial of the cause in the court
below, to establish the rate of legal interest in
the state of Alabama, and also the liability in
*solido* of the signers to the bond which is the
basis of the present action. The testimony of
M. S. M'Whorter proves these facts; but to it
there is a bill of exceptions, as having been
improperly admitted.

The witness had been examined in open
court, on a former trial of this case, and his
evidence was taken down in writing, which
the plaintiff was permitted to read on the last

Western Dis. trial; because the witness could not be then
October 1828.
brought into court on account of sickness.

MILLER
vs.
RUSSELL.

We are of opinion that the judge *a quo* did not err in receiving the testimony thus offered. It had been reduced to writing in the presence of both parties, and under circumstances where the witness might have been cross-examined by the defendant. It is true that he ought to have been again produced in open court, if it had been practicable. To have examined him, labouring under disease, and taken down his testimony, would have afforded no better evidence (perh·ps not so clear) as that which had been obtained from him on the former trial. *See Starkie Ev. part* 2, *p.* 261.

It is, therefore, ordered, adjudged, and decreed, that the judgment of the district court be affirmed with costs.

*Thomas* for the plaintiff—*Oakley* for the defendant.